**Order entered November 9, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-18-00724-CR

**MICHAEL LYNN ROGERS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F18-00263-T**

## ORDER

Before the Court is William A. Bratton, III's November 2, 2018 notice of substitution and designation of lead counsel. We **GRANT** the motion. The Clerk of the Court is **DIRECTED** to **REMOVE** Douglas H. Parks as Michael Lynn Rogers's retained counsel and **SUBSTITUTE** William A. Bratton, III as retained counsel for Michael Lynn Rogers. All future correspondence should be sent to William A. Bratton, III, 3838 Oak Lawn Avenue, Two Turtle Creek Village, Suite 1124, Dallas, Texas 75219.

The reporter's record is due November 9, 2018.

/s/     LANA MYERS
        JUSTICE